**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Northwest Grading, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-5091706 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7451 Corn Maze Way <br> Hauser, ID 83854 <br> _Number, Street, City, State & ZIP Code_ | <br><br> _P.O. Box, Number, Street, City, State & ZIP Code_ |
| Kootenai <br> _County_ | **Location of principal assets, if different from principal place of business** <br><br> _Number, Street, City, State & ZIP Code_ |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Northwest Grading, Inc.            Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2379

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  Northwest Grading, Inc.                                          Case number (*if known*) _____
     Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Northwest Grading, Inc.                                          Case number (*if known*) _____
          Name

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 20, 2024
               MM / DD / YYYY

**X** /s/ William J. Krick                                 William J. Krick
Signature of authorized representative of debtor           Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Matthew Christensen                      Date    December 20, 2024
Signature of attorney for debtor                           MM / DD / YYYY

Matthew Christensen
Printed name

Johnson May
Firm name

199 N. Capitol Blvd.
Suite 200
Boise, ID 83702
Number, Street, City, State & ZIP Code

Contact phone    (208) 384-8588        Email address    mtc@johnsonmaylaw.com

7213 ID
Bar number and State

---

Form **1120-S**

**U.S. Income Tax Return for an S Corporation**

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

**EXTENSION GRANTED TO 09/16/24**

OMB No. 1545-0123

**2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023 or tax year beginning _____ , ending _____

| | | |
|---|---|---|
| **A** S election effective date 04/12/2012 | Name NORTHWEST GRADING INC. | **D** Employer identification number **\*\*-\*\*\*1706** |
| **B** Business activity code number (see instructions) 238900 | Number, street, and room or suite no. If a P.O. box, see instructions. 7451 NORTH CORN MAZE WAY | **E** Date incorporated 04/12/2012 |
| **C** Check if Sch. M-3 attached [X] | City or town, state or province, country, and ZIP or foreign postal code HAUSER, ID 83854 | **F** Total assets (see instructions) $ 10,002,135. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? [ ] Yes [X] No

**H** Check if: **(1)** [ ] Final return **(2)** [ ] Name change **(3)** [ ] Address change **(4)** [ ] Amended return **(5)** [ ] S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............ 1

**J** Check if corporation: **(1)** [ ] Aggregated activities for section 465 at-risk purposes **(2)** [ ] Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1 a | Gross receipts or sales 16,310,618. **b** Less return and allowances **c** Balance | 1c | 16,310,618. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 15,356,384. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 954,234. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | 146,406. |
| 5 | Other income (loss) (attach statement) STATEMENT 1 | 5 | 39,866. |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 1,140,506. |

**Deductions (See instructions for limitations)**

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | 7 | 117,684. |
| 8 | Salaries and wages (less employment credits) | 8 | 805,639. |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | 43,030. |
| 11 | Rents | 11 | 25,000. |
| 12 | Taxes and licenses STATEMENT 2 | 12 | 93,449. |
| 13 | Interest (see instructions) | 13 | 159,987. |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | 256. |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| 20 | Other deductions (attach statement) STATEMENT 3 | 20 | 482,962. |
| 21 | **Total deductions.** Add lines 7 through 20 | 21 | 1,728,007. |
| 22 | Ordinary business income (loss). Subtract line 21 from line 6 | 22 | -587,501. |

**Tax and Payments**

| | | | | |
|---|---|---|---|---|
| 23 a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | | |
| b | Tax from Schedule D (Form 1120-S) | 23b | | |
| c | Add lines 23a and 23b | | 23c | |
| 24 a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | | |
| b | Tax deposited with Form 7004 | 24b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | | |
| d | Elective payment election amount from Form 3800 | 24d | | |
| z | Add lines 24a through 24d | | 24z | |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached | | 25 | |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | 26 | |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | 27 | |
| 28 | Enter amount from line 27: **Credited to 2024 estimated tax** _____ **Refunded** | | 28 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title PRESIDENT

May the IRS discuss this return with the preparer shown below? See instr. [X] Yes [ ] No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name JONATHAN MILLER, CPA | Preparer's signature JONATHAN MILLER, CPA | Date 08/30/24 | Check if self-employed [ ] | PTIN P01770323 |
| Firm's name EIDE BAILLY LLP | | | | Firm's EIN \*\*-\*\*\*0958 |
| Firm's address 999 W. RIVERSIDE AVE., STE. 101 SPOKANE, WA 99201-1005 | | | | Phone no. 509-747-6154 |

LHA **For Paperwork Reduction Act Notice, see separate instructions.** 311701 12-19-23 Form **1120-S** (2023)

Form 1120-S (2023)  **NORTHWEST GRADING INC.**  \*\*-\*\*\*1706  Page **2**

| **Schedule B** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** [X] Cash **b** [ ] Accrual **c** [ ] Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity ▶ CONSTRUCTION  **b** Product or service ▶ EXCAVATION

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ............ | | | | X

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............ | | X | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| D&E INVESTMENTS, LLC | \*\*-\*\*\*8381 | PARTNERSHIP | UNITED STATES | 100.00% |
| HIGH COUNTRY AVIATOR, LLC | \*\*-\*\*\*6310 | PARTNERSHIP | UNITED STATES | 100.00% |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? .................... | | | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of restricted stock ....................... _____

(ii) Total shares of non-restricted stock ................. _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ...... | | | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year ....................... _____

(ii) Total shares of stock outstanding if all instruments were executed ................. _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ... | | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ [ ]

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years .................. $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ................................................. | | | X

**10** Does the corporation satisfy one or more of the following? See instructions ................................ | | | X

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? ................................................. | | | X

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

311711  12-19-23

Form **1120-S** (2023)

Form 1120-S (2023)    **NORTHWEST GRADING INC.**    \*\*-\*\*\*1706    Page **3**

| Schedule B | Other Information (see instructions) (continued) | | | Yes | No |
|---|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | X |
| | If "Yes," enter the amount of principal reduction | | $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? | | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 | | $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset or a financial interest in a digital asset? See instructions | | | | X |

| Schedule K | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | −587,501. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income                STATEMENT 4 | 4 | 12,131. |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797)   STATEMENT 5 | 9 | 3,175. |
| | 10 | Other income (loss) (see instructions)    Type | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions           STATEMENT 6 | 12a | 22,159. |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures    Type | 12c | |
| | d | Other deductions (see instructions)    Type | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) Type | 13d | |
| | e | Other rental credits (see instructions)   Type | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions)   Type | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance [X] | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement)      STATEMENT 7 | 15f | −796,276. |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses             STATEMENT 8 | 16c | 2,892. |
| | d | Distributions (attach statement if required) | 16d | 173,507. |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2023)

311721  12-19-23

Form 1120S (2023)      NORTHWEST GRADING INC.                                    **-***1706      **Page 4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| Other Information | | | | Total amount |
|---|---|---|---|---|
| **17a** Investment income | | | 17a | 12,131. |
| **b** Investment expenses | | | 17b | |
| **c** Dividend distributions paid from accumulated earnings and profits | | | 17c | |
| **d** Other items and amounts (att. stmt.) | STATEMENT 9 | | | |

| Recon-ciliation | | | | |
|---|---|---|---|---|
| **18 Income (loss) reconciliation**. Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | | | 18 | -594,354. |

## Schedule L — Balance Sheets per Books

| | Assets | (a) Beginning of tax year | (b) | (c) End of tax year | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 422,208. | | 46,347. |
| 2 a | Trade notes and accounts receivable | 1,778,632. | | 2,201,104. | |
| b | Less allowance for bad debts | ( 50,000.) | 1,728,632. | ( 0.) | 2,201,104. |
| 3 | Inventories | | 186,900. | | 251,614. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 10 | 850,309. | | 2,264,120. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | 6,013,488. | | 7,071,346. | |
| b | Less accumulated depreciation | ( 1,473,417.) | 4,540,071. | ( 1,832,396.) | 5,238,950. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 7,728,120. | | 10,002,135. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 654,651. | | 1,693,044. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 831,166. | | 680,149. |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 11 | 898,041. | | 2,001,145. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 2,265,371. | | 2,351,704. |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 1,000. | | 1,000. |
| 23 | Additional paid-in capital | | 750,000. | | 750,000. |
| 24 | Retained earnings | STATEMENT 12 | 2,327,891. | | 2,525,093. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 7,728,120. | | 10,002,135. |

Form **1120-S** (2023)

311731
12-19-23

Form 1120-S (2023)    NORTHWEST GRADING INC.    **–***1706    Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books | | 370,709. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** | Tax-exempt interest $ | |
| | STMT 13 | | 1,248,279. | | STMT 15          2,235,028. | 2,235,028. |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | | **6** | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | |
| **a** | Depreciation $          50,044. | | | **a** | Depreciation $ | |
| **b** | Travel and entertainment $          2,867. | | | | STMT 16          50,000. | 50,000. |
| | STMT 14          18,775. | | 71,686. | **7** | Add lines 5 and 6 | 2,285,028. |
| **4** | Add lines 1 through 3 | | 1,690,674. | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | –594,354. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year | –1,868,309. | | | |
| **2** | Ordinary income from page 1, line 22 | | | | |
| **3** | Other additions    STATEMENT 17 | 15,306. | | | |
| **4** | Loss from page 1, line 22 | ( 587,501. ) | | | |
| **5** | Other reductions    STATEMENT 18 | ( 25,051. ) | | | ( ) |
| **6** | Combine lines 1 through 5 | –2,465,555. | | | |
| **7** | Distributions | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 | –2,465,555. | | | |

Form **1120-S** (2023)

311732
12-19-23

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| NORTHWEST GRADING INC. | **-***1706 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 186,900. |
| 2 | Purchases | 2 | 3,775,739. |
| 3 | Cost of labor | 3 | 2,950,175. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)          SEE STATEMENT 19 | 5 | 8,695,184. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 15,607,998. |
| 7 | Inventory at end of year | 7 | 251,614. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 15,356,384. |

**9 a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☒ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ............................................................. ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO ...................................................................................... **9d** | |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ....... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ....... ☐ Yes ☒ No

If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

324441
04-01-23    LHA

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-0123

Name

NORTHWEST GRADING INC.

Employer Identification number

**\*\*-\*\*\*1706**

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 WILLIAM KRICK | \*\*\*-\*\*-3458 | 100% | 100.00% | | 117,684. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers | | **2** | 117,684. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return | | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | | **4** | 117,684. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

324451 04-01-23        LHA

**SCHEDULE M-3**
**(Form 1120-S)**

(Rev. December 2019)

Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation for S Corporations With Total Assets of $10 Million or More

▶ **Attach to Form 1120-S.**

▶ **Go to www.irs.gov/Form1120S for instructions and the latest information.**

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| NORTHWEST GRADING INC. | **-***1706 |

**Part I**   **Financial Information and Net Income (Loss) Reconciliation**   (see instructions)

**1a** Did the corporation prepare a certified audited non-tax-basis income statement for the period ending with or within this tax year?
See instructions if multiple non-tax-basis income statements are prepared.

☐ **Yes.** Skip line 1b and complete lines 2 through 11 with respect to that income statement.

☒ **No.** Go to line 1b.

**b** Did the corporation prepare a non-tax-basis income statement for that period?

☐ **Yes.** Complete lines 2 through 11 with respect to that income statement.

☒ **No.** Skip lines 2 through 3b and enter the corporation's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:   Beginning _____   Ending _____

**3a** Has the corporation's income statement been restated for the income statement period on line 2?

☐ **Yes.** If "Yes," attach an explanation and the amount of each item restated.

☐ **No.**

**b** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2?

☐ **Yes.** If "Yes," attach an explanation and the amount of each item restated.

☐ **No.**

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | 370,709. |
| **b** Indicate accounting standard used for line 4a (see instructions): | | |

(1) ☒ GAAP   (2) ☐ IFRS
(3) ☐ Tax-basis   (4) ☐ Other (specify) _____

| | | |
|---|---|---|
| **5a** Net income from nonincludible foreign entities (attach statement) | **5a** | ( ) |
| **b** Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6a** Net income from nonincludible U.S. entities (attach statement) | **6a** | ( ) |
| **b** Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| **b** Net income (loss) of other U.S. disregarded entities (except qualified subchapter S subsidiaries) (attach stmt.) | **7b** | |
| **c** Net income (loss) of other qualified subchapter S subsidiaries (QSubs) (attach statement) | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** **Net income (loss) per income statement of the corporation.** Combine lines 4 through 10 | **11** | 370,709. |

**Note:** Part I, line 11, must equal Part II, line 26, column (a); or Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines:

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 | 10,002,135. | 6,726,042. |
| **b** Removed on Part I, line 5 | | |
| **c** Removed on Part I, line 6 | | |
| **d** Included on Part I, line 7 | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**

311735  04-01-23   LHA

**Schedule M-3 (Form 1120-S) (Rev. 12-2019)**

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))<br>**Attach to your tax return.**<br>Go to www.irs.gov/Form4797 for instructions and the latest information. | **2023**<br>Attachment Sequence No. **27** |

Name(s) shown on return

NORTHWEST GRADING INC.

Identifying number

**-***1706

| | | | |
|---|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2023 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 | **1a** | |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | **1b** | |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** | |

**Part I** — **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year** (see instructions)

| 2 **(a)** Description of property | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) | **(d)** Gross sales price | **(e)** Depreciation allowed or allowable since acquisition | **(f)** Cost or other basis, plus improvements and expense of sale | **(g)** Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | 3,175. |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | 3,175. |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** | |

**Part II** — **Ordinary Gains and Losses** (see instructions)

| | | | |
|---|---|---|---|
| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | |
| | | | |
| | | | |
| | | | |
| **11** | Loss, if any, from line 7 | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | 146,406. |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16 | **17** | 146,406. |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**

318001
12-27-23

Form **4797** (2023)

Form 4797 (2023)                                                                                                                                    Page **2**

| Part III | Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions) |
|---|---|

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A 2020 PJ DL142 DUMP TRAILER 14' | 113019 | 063023 |
| B TEREX PHOENIX 2100 TROMMEL POWER SCREEN PLANT | 080720 | 090123 |
| C 2013 CASE WHEEL SKIDSTEER SV250 | 013015 | 092823 |
| D | | |

| | These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** See line 1a before completing.) | 20 | 11,820. | 200,000. | 11,028. | |
| 21 | Cost or other basis plus expense of sale | 21 | 8,645. | 318,000. | 53,750. | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 8,645. | 244,733. | 53,750. | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 0. | 73,267. | 0. | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 11,820. | 126,733. | 11,028. | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 8,645. | 244,733. | 53,750. | |
| b | Enter the **smaller** of line 24 or 25a | 25b | 8,645. | 126,733. | 11,028. | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 149,581. |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 146,406. |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | 3,175. |

| Part IV | Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions) |
|---|---|

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

318002
12-27-23                                                                                                                                    Form **4797** (2023)

**Fill in this information to identify the case:**

Debtor name    Northwest Grading, Inc.

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)             

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 20, 2024    **X** /s/   William J. Krick
                               Signature of individual signing on behalf of debtor

                            William J. Krick
                            Printed name

                            President
                            Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name    Northwest Grading, Inc. |
| United States Bankruptcy Court for the:    DISTRICT OF IDAHO |
| Case number (if known): |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGC - Associated General 4935 E Trent Ave Spokane, WA 99212 | | Service Agreement | | | | $1,875.00 |
| Austin Business Finance LLC dba Backd 4853 Williams, Ste 111, Office G Georgetown, TX 78633 | | 90 days or less: Various Accounts Receivable | Contingent Disputed | | | $668,750.00 |
| Big Sky Limited of Wyoming 2071 Fir Dr Rock Springs, WY 82901 | | Service Agreement | | | | $16,759.00 |
| Busy Bee Landfill & Recycling Co 14910 W Craig Rd Spokane, WA 99224 | | Service Agreement | | | | $1,377.88 |
| Caterpillar Financial Services Corp P.O. Box 100647 Pasadena, CA 91189-0647 | | | | $142,503.88 | $0.00 | $142,503.88 |
| City of Spokane PO Box 35131 Seattle, WA 98124-5131 | | | | | | $1,705.48 |
| Commercial Tire 410 N Francher Road Spokane, WA 99212 | | Service Agreement | | | | $1,979.19 |
| Diesel Power Parts & Machine LLC 6680 Hwy 10 W Missoula, MT 59808-9011 | | Sales Contract | Disputed | | | $23,424.54 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Northwest Grading, Inc. | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hi Line Inc PO Box 972081 Dallas, TX 75397-2081 | | Service Agreement | Disputed | | | $814.96 |
| Northland Capital 333 33rd Ave S St Saint Cloud, MN 56301 | | See Attachment to Schedule AB | | $186,521.79 | $0.00 | $186,521.79 |
| NSP Trucking 41205 Kingston-Lyons Dr SE Stayton, OR 97383 | | Service Agreement | Disputed | | | $13,960.00 |
| Parkside Funding Group 80 Maiden Ln Rm 1504 New York, NY 10038-4889 | | Various Accounts Receivable Various Accounts Receivable | Disputed | $2,245,350.00 | $839,924.67 | $2,245,350.00 |
| Poe Asphalt Paving Inc PO Box 449 Lewiston, ID 83501 | | Service Agreement | | | | $4,000.00 |
| Post Falls Storage Solutions 7778 Corn Maze Wy Post Falls, ID 83854 | | Service Agreement | | | | $17,500.00 |
| Powerscreen of WA Inc 7915 S 261st St Kent, WA 98032 | | Service Agreement | Disputed | | | $52,904.99 |
| Trimble Inc PO Box 203558 Dallas, TX 75320-3558 | | See Attachment to Schedule AB | | $8,473.84 | $0.00 | $8,473.84 |
| Washington Green Hydroseeding, Inc 5690 Paso Kahlotus Highway Pasco, WA 99301 | | Service Agreement | | | | $6,775.50 |
| Washington Trust Bank PO Box 2127 Spokane, WA 99210-2127 | | See Attachments to Schedule AB | | $3,281,339.89 | $0.00 | $3,281,339.89 |
| Western States Equipment Company 500 E Overland Rd Meridian, ID 83642-6606 | | Service Agreement | | | | $103,477.53 |
| Wilbert Precast Inc 2215 E Brooklyn Ave Spokane, WA 99217 | | Service Agreement | | | | $1,072.30 |

Debtor   Northwest Grading, Inc.

Name

Case number *(if known)*

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Northwest Grading, Inc.

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................   $                 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................   $          3,417,570.86

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $          3,417,570.86

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $        7,915,802.40

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $                 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$           916,598.36

4.  **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b

   $          8,832,400.76

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Northwest Grading, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Washington Trust Bank | Checking | 6827 | $0.00 |
| 3.2. | Washington Trust Bank | Checking | 6734 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
|---|

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

| Debtor | Northwest Grading, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 470,925.20 | - | 0.00 | = .... | $470,925.20 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 368,999.47 | - | 0.00 | =.... | $368,999.47 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$839,924.67

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** 9 Desks (valued at 750 each) | Unknown | Comparable sale | $6,750.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Computer Stations (valued at $1,000 each) | Unknown | Comparable sale | $5,000.00 |
| Misc. Office Supplies | Unknown | Comparable sale | $2,000.00 |
| Large Office Printer | Unknown | Comparable sale | $1,000.00 |
| Computer | Unknown | Comparable sale | $5,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Northwest Grading, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.** | $19,750.00
Add lines 39 through 42.   Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description
Include year, make, model, and identification numbers
(i.e., VIN, HIN, or N-number) | Net book value of
debtor's interest
(Where available) | Valuation method used
for current value | Current value of
debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See Attachment | Unknown | Comparable sale | $754,653.00 |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)** | | | |
| See Attachment | Unknown | Comparable sale | $1,477,463.00 |

51.   **Total of Part 8.** | $2,232,116.00
Add lines 47 through 50.   Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of
property
Include street address or other | Nature and
extent of
debtor's interest | Net book value of
debtor's interest
(Where available) | Valuation method used
for current value | Current value of
debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Northwest Grading, Inc.                                    Case number *(If known)* _____
Name

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1.    Lease - 7451 Corn Maze Way, Hauser, ID 83854 | The Debtor doesn't own any interest in the real property. | $0.00 | | $0.00 |

---

56.    **Total of Part 9.**    | $0.00 |
|---|

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.    Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.    Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Northwest Grading, Inc. v. Wholesale Hydraulics, LLC et al<br><br>Kootenai County District Court Case No. CV28-22-6497 | $323,780.19 |

    **Nature of claim**         Default Judgment
    **Amount requested**             $0.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor      Northwest Grading, Inc.                                    Case number *(If known)* _____
            Name

Kootenai County District Court Case CV28-24-7596

Northwest Grading, Inc. et al v. Rimrock Construction, LLC
et al                                                                                            Unknown

| **Nature of claim** | Civil Lawsuit |
| **Amount requested** | $88,343.67 |

Ada County Case No. CV01-24-10518 Northwest Grading
Inc v. Idaho Department of Transportation                                                        Unknown

| **Nature of claim** | Civil Lawsuit |
| **Amount requested** | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

Misc. Kitchen Supplies                                                                          $2,000.00

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                        | $325,780.19 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Northwest Grading, Inc.                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $839,924.67 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $19,750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,232,116.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $325,780.19 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,417,570.86 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,417,570.86 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

### 47. Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vechicles

| Description | VIN/Serial Number | Value | Lienholders |
|---|---|---|---|
| 1999 INTERNATIONAL 4700/4000 18FT STRAIGHT T BOX TRUCK DT466E 12,500LB | O247 | $500.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2001 INTERNATIONAL 4900 CC VAN S/A BOX TRUCK DT466B 24FT BOX ROLLUP DOOR LIFTGATE 16,480LB (STORAGE VAN) | O449 | $500.00 | |
| 1998 KENWORTH DETROIT SERIES 60 SEMI TRACTOR TRUCK T800 15,820LB 12.7 L TRAILER  6x4 121FT OVERSIZE 50,000/106,000LB 3/6AXLE | O705 | $30,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2016 PETERBILT 365 STRAIGHT TRACK SUPER DUMP TRUCK STRTLIN7 AXLE 20,509/80,000LB 7/9AXLE 22YD | O969 | $55,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 1999 KENWORTH T-800 ROCK SLINGER CONVEYOR TRUCK 54,000LB | 1511 | $60,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2012 DODGE RAM 5500HD CREW CAB & CHASSIS TRUCK 40,000/40,000LB 2/6AXLE | 2068 | $10,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2000 KENWORTH TANDEM TRACTOR DUMP TRUCK T800B TRI/A CAB & CHASSIS 20,000/106,000LB 10-YARD 4/6AXLE | 2451 | $18,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2001 KENWORTH T800 DAY CAB HEAVY HAUL TRACTOR TRUCK | 2718 | $45,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 1994 FORD F800 FB 2AXLE TRACK SERVICE LUBE/FUEL TRUCK 22,060/40,000LB | 3030 | $4,500.00 | |
| 2015 GMC SIERRA DENALI 3500HD CT SUPERVISOR PICKUP TRUCK 1 TON 6.6L 403 CID V8  26,000LB | 3409 | $5,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 1989 FORD F250  4WDL MECHANIC PICKUP TRUCK 16,000LB | 3735 | $1,500.00 | |
| 2015 CHEVROLET 2500 SILVERADO | 4287 | $20,000.00 | |
| 2021 CHEVROLET SILVERADO MEDIUM DUTY WORK CREW CAB TRUCK  46,000LB | 4694 | $45,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 1994 VOLVO WHGM WHITE MOTORS GMC DUMP TRUCK 18,000/80,000LB 3/5AXLE | 4706 | $4,500.00 | |
| 2004 CHEVROLET 5500 4X2AXEL CAB & CHASSIS COMMERCIAL CREW WORK TRUCK 26,000LB | 4935 | $3,500.00 | |
| 2004 PETERBILT 330 SERVICE TRACK MECHANIC TRUCK 54,000/54,000LB | 5093 | $32,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 1998 PETERBILT 378 SEMI TRACTOR TRUCK TRAILER - END DUMP 15FTx95FTx15FT6IN  66,000LB OVERSIZE & EXCESS WEIGHT 6x4 119.5 20,000/106,000LB 30YD | 5377 | $12,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2007 CHEVROLET SILVERADO 2500HD K20 CREW MECHANIC PICKUP TRUCK 26,000LBS 3/4 TON V8 | 5772 | $16,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2013 CHEVROLET SILVERADO | 5911 | $500.00 | |
| 1993 FORD F-350 CB 4WD WELDING MECHANIC TRUCK 26,000LB | 5937 | $3,200.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2021 CHEVROLET SILVERADO MEDIUM DUTY WORK FUEL TRUCK 46,000LB | 6886 | $65,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2013 DODGE RAM 1500 CREW CAB COMMERCIAL 4X4 MECHANIC PICKUP TRUCK 16,000LB | 6943 | $100.00 | |
| 2019 GMC SIERRA 2500 DBL CAB COMMERCIAL CREW PICKUP TRUCK 5878 16,000LB | 8897 | $10,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |
| 2004 INTERNATIONAL 7000 STRAIGHT TVAC-CON TANKER VACUUM/HYDROVAC TRUCK 37,660/54,000LB | 8903 | $3,000.00 | |
| 1993 KENWORTH SEMI TRACTOR TRUCK W900B TRAILER 6x4 120FT  20,000/104,000LB 3/6AXLE | 9438 | $10,000.00 | Washington Trust Bank PO Box 2127        Spokane, WA 99210-2127 |

| Description | No. | Value | Lienholder |
|---|---|---|---|
| 1978 KENWORTH WATER TANKER TRUCK | 6285 | $8,000.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 1992 PETERBILT 4,000 GAL TRACK WATER TRUCK / SMITH TANK SYSTEM  (PREVIOUSLY CRANE TRUCK) 16,785LB  30,000/106,000LB | 9997 | $4,000.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 1967 INTERNATIONAL CABOVER TRACTOR TRUCK | 5152 | $500.00 | |
| 1989 VOLVO WHITE GMC CUMMINS 6X6 L10 8LL 4000 GAL WATER TRUCK 50,000LB | 2847 | $8,500.00 | |
| 1999 VOLVO TRACTOR LUBE/FUEL TRUCK | 2993 | $4,000.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 2005 VOLVO A35D 6X6 ARTICULATED HAUL/DUMP OFFROAD TRUCK | 3064 | $15,000.00 | |
| 1975/4 FORD FUEL TRUCK 880 | 5435 | $500.00 | |
| 1988 FREIGHTLINER TRUCK | 5613 | $500.00 | |
| 1988 CHEVROLET GMT-PICKUP | 3122 | | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 1998 FORD F800 Note: titled to Debtor, but Debtor sold in 2018. | 5256 | $0.00 | |
| 2021 P J TRAILER | 9565 | $3,000.00 | |
| 1977 INTERNATIONAL 4070A CABOVER TRACTOR TRUCK | 7980 | $500.00 | |
| 2023 CHEVROLET SILVERADO | 3438 | $40,000.00 | |
| 1985 PETERBILT CABOVER PETERBILT FLATBED/CRANE/WATER/TRUCK | 4842 | $100.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 2005 53x102 Refrigerated Trailer | 1004 | $1,000.00 | |
| 1998 CPS T/A BELLY DUMP TRAILER 16FT 1 HOPPER CLAM GATE | 1178 | $7,000.00 | |
| 2007 TRAIL KING LOWBOY/LOWBED TRAILER TK110HDG ADVANTAGE SERIES 55 TON 58FT  21,920LB | 1390 | $35,000.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 1976 TRLR PUP DUMP TRAILER 37FT  8,220LB | 1497 | $500.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 2022 ALUMA 7810ES-A UTILITY TRAILER  2,990LB | 2007 | $750.00 | |
| 1997 53x102 Refrigerated Trailer | 2008 | $1,000.00 | |
| 1993 TRAIL KING T/A BELLY DUMP TRAILER 42FT | 2035 | $5,000.00 | |
| 1993 TRAIL KING HOPPER BOTTOM/BELLY DUMP TRAILER 42FT | 2818 | $7,000.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 2004 ASPEN XL STINGER BOOSTER FLATBED PLTFRM TRAILER | 4538 | $1.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 1999 DACO FLATBED TRAILER 53FTX120IN QUAD/A HIBOY 16,000LB | 4705 | $5,000.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 1996 WABASH WANC SE REEFER SEMI TRAILER 54FT 19,500LB | 4959 | $1,000.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 1990 WILSON TL T/A HIBOY FLATBED PLTFRM TRAILER 45FTX92IN 6,000LB | 5249 | $1,000.00 | |
| 2022 WALTON PB1424 FLIP OVER RAMP FLATBED EQUIPMENT TRAILER 24FTX8.5FT | 5379 | $4,000.00 | |
| 1991 STRICKLAND T/A PORTABLE 60FT BRIDGE TRAILER | 5656 | $1,000.00 | |
| 1998 MATE T/A BELLY DUMP TRAILER 42FT 1 HOPPER CLAM GATE | 6323 | $5,000.00 | |
| 2018 INTERSTATE TRAILER INT50TDL 102INX26FT/4FT  E0042466 FLATBED PLTFRM 13,500LB | 6462 | $12,000.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |
| 1996 ASPEN METAL PRO TRI/A JEEP FLATBED PLTFRM TRAILER A/R SUSP | 7085 | $1.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2128 |
| 1996 ASPEN HHT/RL 75 TON TRI/A 3+3+2 LOWBOY FLATBED PLTFRM TRAILER A/R SUSP 18FTHYD DETACH NECK 23FT6INX102IN DECK 3,000LB | 7089 | $35,000.00 | Washington Trust Bank PO Box 2127    Spokane, WA 99210-2127 |

| Description | ID | Value | Creditor |
|---|---|---|---|
| 1990 GREAT DANE SEMI TRAILER | 7201 | $1,000.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 2019 PJ TM DUMP TRAILER DM142 14FT  5,380LB | 8303 | $3,500.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 2006 RANCO END DUMP TRAILER 30YD  15,000LB | 8333 | $12,000.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 1991 BUTLER 20K 27FT6INX7FT10IN PIPE TRAILER | 8359 | $500.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2128 |
| 2013 TRAIL KING TKBD22 BOTTOM DUMP TRAILER 3AXLE 2FTx8.6FT 15,320LBS | 8697 | $20,000.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 2008 ASPEN S/A BOOSTER FLATBED PLTFRM TRAILER 3,000LB | 8739 | $1.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 2007 TRAIL KING 36FT T/A END DUMP TRAILER | 8772 | $12,000.00 | |
| 1998 RANCO T/A BELLY DUMP TRAILER 1 HOPPER CLAM GATE | 8831 | $5,000.00 | |
| 1987 UTILITY REEFER TRAILER | 9138 | $1,000.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 1976 BUDD VAN TRAILER | 9153 | $500.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 2021 MANAC/CPS  END DUMPER TRAILER HALF ROUND FRAMELESS 4H232AB00 73600 14,600LB 30YD | 9173 | $15,000.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 1977 DORSY FLATBED TRAILER 45FT | 9200 | $1,500.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 1972 STRICK VAN TRAILER | 9223 | $500.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 1982 GREAT DANE STORAGE/TOOL VAN TRAILER | 9403 | $500.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2128 |
| GOLDEN RULE CUSTOM OFFROAD TRAILER | | $500.00 | |
| 2007 GENERIC TRAILER | 9156 | $2,000.00 | Washington Trust Bank PO Box 2127          Spokane, WA 99210-2127 |
| 2011 FRIGHTLINER TRACTOR TRUCK | 6177 | $5,000.00 | |
| 2011 GALYEAN EQUIPMENT CO. - *Note: titled to Debtor, but Debtor sold in 2018.* | 7790 | $0.00 | |
| 2021 FORD F150 - *Note: titles to Debtor, but Debtor sold in early 2024.* | 3197 | $0.00 | |
| 1974 PETERBILT TRUCK TANKER | 061P | $5,000.00 | William J. Krick 6960 N 4th St Coeur D Alene, ID 83815 |
| 2012 GMC SIERRA | 6477 | $8,000.00 | |
| REEFER TRAILER SHORT | | $500.00 | |
| **TOTAL:** | | **$754,653.00** | |

### 50. Other Machinery, Fixtures & Equipment

| Description | VIN/Serial Number | Value | Lienholder |
|---|---|---|---|
| 2013 Volvo Crawler Excavator EC380DL | xx0321 | $30,000.00 | |
| 2013 Volvo Excavator EC380DL | xx0427 | $35,000.00 | |
| 2014 Volvo Crawler Excavator EC480DL | xx0431 | $30,000.00 | |
| 2021 Caterpillar Hydraulic Mini Excavator 309 | xx0934 | $85,000.00 | Caterpillar Financial Services Corporation P.O. Box 100647 Pasadena, CA 91189-0647 |
| 2023 Komatsu PC490LC Hydraulic Excavator | xx5438 | $275,000.00 | Komatsu Financial 8770 W Bryn Mawr, Suite 100 Chicago, IL 60631 |
| 2014 Caterpillar Backhow Loader 450F | xx0243 | $25,000.00 | |
| Caterpillar Wheel Loader 966H | xx0378 | $35,000.00 | |
| 1970 Caterpillar Wheel Loader 966C | xx2734 | $1,500.00 | |
| 2012/13 Case Wheel Loader 821 FXR | xx3404 | $28,000.00 | |
| 2021 Caterpillar Compact Wheel Loader 908M | xx5054 | $45,000.00 | Caterpillar Financial Services Corporation P.O. Box 100647 Pasadena, CA 91189-0647 |
| 2023 Case 570N EP Skip Loader | xx7549 | $45,000.00 | |
| 2017 Caterpillar Tack Type Tractor Dozer D6NXL | xx0541 | $110,000.00 | |
| 2003 Caterpillar Motograder 14H | xx0902 | $85,000.00 | |
| 1979 Caterpillar 623B Elevating Motor Scraper | xx1341 | $5,000.00 | |
| 2006 Caterpillar Track Type Tractor Dozer D6NXL | xx1796 | $20,000.00 | |
| 1983 Caterpillar Track Type Dozer D8L | xx1983 | $85,000.00 | |
| John Deere 8430 Tractor | xx4494 | $6,000.00 | |
| 1980 John Deere Scraper 762 | | $5,000.00 | |
| Case 4490 Tractor | | $500.00 | |
| 1988 HYPAC Hyster Vibratory Drum Roller C850B Smooth 84in | xx2007 | $80,000.00 | |
| 2016 BOMAG 21-56 BW124DH-40 Single Drum Roller | xx1070 | $22,000.00 | |
| 2017 Volvo Single Drum Grade Roller SD115B | xx6298 | $40,000.00 | |
| 2006 Wacker Neuson RT82 Roller | xx8394 | $1,000.00 | |
| 2015 Multiquip LT6KW Light Tower | xx0054 | $1,500.00 | |
| 2015 Multiquip LT6KW Light Tower | xx0138 | $1,500.00 | |
| 2015 Multiquip LT6KW Light Tower | xx0141 | $1,500.00 | |
| 2016 VACUWORX RC-12 Vacuum Excavator Lifting System | xx0149 | $1,500.00 | |
| VACUWORX 7200 Pipevac Vacuum | xx0188 | $1.00 | |
| 2008 TEREX RL4000 Portable Light Tower | xx0320 | $10.00 | |
| Barber-Greene Portable Feed Screen Conveyor 36inx70ft | xx0453 | $1,000.00 | |
| 2007 Whisperwatt Multiquip 45KVA Light Generator | xx0562 | $2,000.00 | |
| Subsurface MAG Survey Locator | xx1008 | $50.00 | |
| 2019 BOMAG Reversible Vibratory Plate Impact BPR70/70DE | xx1037 | $4,000.00 | |
| 2018 Magnum MLT6SK Generac Mobile Products Portable Light Tower 1,340/2,200LB | xx2298 | $800.00 | |
| 2007 TEREX Light Plant | xx2977 | $10.00 | |
| 2014 Magnum MLT4200 Portable Light Tower | xx3078 | $10.00 | |
| Jumping Jack Compactor | xx3395 | $10.00 | |
| 2010 Wacker Neuson Upright Jumping Jack Compactor BS50-4AS 15765 10281823 | xx4315 | $10.00 | |
| 2010 Wacker Neuson Jumping Jack Compactor BS50-4AS 15765 10258645 | xx5113 | $10.00 | |
| Bobcat Snow Blower SB240 72in W/9.6 HYD Motor-BC | xx5258 | $1,000.00 | |
| 2011 Wacker Neuson Light Tower Plant 1800LB | xx5373 | $2.00 | |
| 2021 TEREX Power Screen | xx6134 | $170,000.00 | Northland Capital 333 33rd Ave S St          Saint Cloud, MN 56301 |
| PROTECH PRO4424D Shoring Trench Box | xx6384 | $1,000.00 | |
| PROTECH PRO4424D Bedding Shoring Trench Box | xx6385 | $1,000.00 | |
| Magnum MLT3060MMH Portable | xx6606 | $800.00 | |
| 2014 Multiquip LT6KW Light Tower | xx7068 | $1,500.00 | |
| 2016 Stanley SRP4960 Vibratory Plate Compactor 24in | xx7079 | $2.00 | |
| 2008 Ground Heater E3000 | xx7114 | $5,000.00 | |
| Magnum Pro MLT 3060 Light Tower | xx7742 | $800.00 | |
| Kolberg Porter Screen Plant 2710-7 2D | xx7882 | $2,500.00 | |
| Magnum Pro MLT 3060 Light Tower | xx7892 | $100.00 | |
| Protech SSH9 Shoring Trench Box | xx8046 | $1,000.00 | |

| | | | |
|---|---|---|---|
| 2015 Atlas COPCO XAS185KD7IT4 Compressor 175-195CFM Air FLTR MAINT INDCTR SPEC 2 2IN Ball Hitch Tier-41 ID353987 Tester | xx9326 | $2,500.00 | |
| Water Tower Skid Mounted 10,000 GAL | | $4,500.00 | |
| Honda EU2200ITA1 2200 Watt Companion Light Generator | | $100.00 | |
| Wacker Neuson AP1850WE Plate Compactor w/battery | | $300.00 | |
| Wacker Neuson AS50E Rammer Compactor & Battery & Charger | | $300.00 | |
| Climax Portable Maching/Welding Equipment Boring Bar Controller | | $5,000.00 | |
| Water Tower 12,000 GAL | | $4,500.00 | |
| TMG Skidsteer Broom AB72 72IN | xxB012 | $600.00 | |
| 2005/6 Diamond Ripper | xx0029 | $1,000.00 | |
| 2006 Caterpillar OC210 40IN Skidsteer Cold Planer Asphalt Grinder | xx0309 | $250.00 | |
| FECON Stumpex Stump Grinder SHX33SS | xx0538 | $1,000.00 | |
| Eagle Excavator Bucket 38IN | xx0590 | $700.00 | |
| Volvo Coupler CPLREC380 | xx1058 | $1.00 | |
| ESCO Excavator Bucket 70IN | xx1425 | $800.00 | |
| Jensen Plow Attachment 12FT | xx1487 | $500.00 | |
| Towner Offset Wheel Disc 14FT 32IN Serrated FRNT Blade 28IN serrated Rear Blade 14In Spacing | xxE247 | $10.00 | |
| Bobcat Sweeper Attachment 84SB 84IN | xx2646 | $800.00 | |
| Compaction Wheel 480/460 | xx3001 | $800.00 | |
| Bobcat Sweeper Attachment 84SB 84IN | xx3505 | $800.00 | |
| OSA MC Rotating Multiprocessor Hydraulic Shear | xx3534 | $5,500.00 | |
| Grader Attachment 108IN 108GRDR | xx4060 | $3,500.00 | |
| Bobcat Loader Attachment | xx4409 | $800.00 | |
| Teran Cleanup Loader Backhoe Bucket BKT41648CLN 48IN | xx4623 | $600.00 | |
| ESCO Excavator Bucket 24IN | xx4767 | $700.00 | |
| 2018 Muck Bucket 42IN (Fits Hitachi ZX40U-3) | xx5052 | $200.00 | |
| KENCO Barrier Lifting Device / K-Rail Clamp | xx5206 | $500.00 | |
| 2008 Volvo Exvavator Bucket BKTEC290 | xx5513 | $700.00 | |
| Excavator Bucket | xx5620 | $500.00 | |
| Bucket 82IN Rock | xx5947 | $300.00 | |
| Bucket 82IN Rock Loader | xx6223 | $300.00 | |
| Bucket 480 36IN | xx7291 | $500.00 | |
| Furukawa CW36 Compaction Wheel Case | xx8157 | $800.00 | |
| 2021 Caterpillar Tiltrotator Attachment TRS8 | xx8281 | $1.00 | |
| 2020 SEC Cleanup Excavation Bucket 83IN | xx8857 | $700.00 | |
| 2017 ERSKINE 925P Pavement Saw | xx8894 | $700.00 | |
| TL Skeleton Excavator Bucket 51IN | xx9243 | $800.00 | |
| Bucket 480 72IN | xx2441 | $800.00 | |
| Harley Reake MX711 | xx9407 | $300.00 | |
| Caterpillar Coupler BHL | xx9515 | $10.00 | |
| Broom 232 | | $400.00 | |
| Versatech HD 72IN Skidsteer Brush Grapple | | $750.00 | |
| Excavator Buckers | | $6,000.00 | |
| DE V Bucket 24IN | | $250.00 | |
| Werkbrau Bucket 460 66IN | xxHD66 | $600.00 | |
| Bucket 130IN | | $800.00 | |
| Case Compaction Wheel 210 | | $600.00 | |
| Case 48 Forks | | $500.00 | |
| Forks 821 | | $500.00 | |
| 2018 Paladin Industrial Wolverine Skidsteer Concrete Mixer | | $500.00 | |
| 2019 Wolverine Brush Cutter 72IN | | $10.00 | |
| 2019 Auger with 3 Auger Bits 8IN 14IN 20IN | | $450.00 | |
| Excavator Bucket 48IN | | $500.00 | |
| SEC Screening Excavator Bucket 48IN | | $500.00 | |
| Teran Skeleton Excavator Bucket 64IN | | $500.00 | |
| Excavator Bucket 38IN | | $500.00 | |
| Excavator Trapezoid Bucket W/Pins | | $800.00 | |
| Excavator Mounting Plate W/Pins | | $300.00 | |
| Backhoe Bucket 36IN | | $300.00 | |
| Backhoe Bucket 18IN | | $300.00 | |
| Bare Arm 12FT Stick Assembly Attachment for Volvo EX480DL | | $500.00 | |
| 2014 MB BF 102.4 Rock Crusher Bucket | | $5,000.00 | |

| Item | Code | Value | |
|---|---|---|---|
| ENTEK Compaction Wheel 35In Pin-On 43IN Diam Wheel 3,518LBS | | $800.00 | |
| Loader Backhoe Snow Pusher Bucket 144IN | | $500.00 | |
| Excavator Hydraulic Hammer | | $300.00 | |
| Thermal Dynamics Portable Heater 30563600D 600 | xx7C16 | $1,200.00 | |
| Plug Tester 15FT-30FT & Plug Hose Rope 20FT W/Gauge | xx8815 | $100.00 | |
| Coring Machine | | $200.00 | |
| Fusing Machine 6IN | | $300.00 | |
| Fusing Machine 4IN | | $300.00 | |
| Pressure Tester Pump | | $350.00 | |
| MISC Tools (each valued under $1,000.00 each) | | $30,000.00 | |
| HUSQVARNA Chainsaw 562 | | $300.00 | |
| Tiger Tool Aydraulic Wheel Stud Service Kit | | $100.00 | |
| 2016 Empire Super XL-650 Sandblast Pot 600LB | xx0622 | $250.00 | |
| SnapOn Cordless Impact CT661 | xx0987 | $10.00 | |
| Milwaukee Cordless Impact Wrench Kit 1IN MW2868-22HD | xx1355 | $50.00 | |
| Miller Bobcat Welder 225 | xx369R | $500.00 | |
| Miller Big 40 Cat 3024 Mechanic Welder | xx1622 | $1,000.00 | |
| 2018 IDROFOGIA J3 63F200 Reel | xx2061 | $10.00 | |
| Miller Welder 225G | xx2886 | $300.00 | |
| Piranha P50 Ironworker Fabricating Machine | xx5203 | $2,500.00 | |
| SnapOn CT6850 1/2IN Drive | xx6429 | $20.00 | |
| Shipping Container | xx6902 | $1,000.00 | |
| Sky Trak Forklift MLT3060MMH 5028 | xx7742 | $3,000.00 | |
| Lincoln Arc Welder LN-25 | xx9282 | $100.00 | |
| Storage Building 80FTX40FTX20FT | | $5,000.00 | |
| ENERPAC Hydraulic Power Unit/Elec | | $50.00 | |
| ENERPAC Hydraulic Power Unit/Elec | | $50.00 | |
| General Conveyor INC Overhead Bridge Crane 10-Ton Capacity 48FTSpanx12FTW 2 Side Rail Support Trolley Cable Hoist | | $0.00 | |
| Clausing Heavy Duty Drill Press Floor Type Quad Drill P20-3 5-Spindle Drill Turret | | $2,000.00 | |
| Pressure Washer | | $500.00 | |
| Heat Gun 1600W Dual Temp | | $10.00 | |
| Lifting Chain Rank & Assorted 2Way & 4Way Chains | | $200.00 | |
| Henkel Inc Weld Rod Dry Oven K-450 Keen Mobile 1000W | | $5.00 | |
| Current Transformers 200:5 (3) | | $300.00 | |
| Chicago Pneumatic 8090 3014 44 Model RCP-C20123D4 Duplex Reciprocating Air Compressor Assembly Tester on 120 Gal Horizontal Air Tank & Air Dryer & Filters | | $100.00 | |
| Oxygen & Acetylene Bottle Rack | | $10.00 | |
| Jetstream Cooler Porta Cool | | $200.00 | |
| Lifts & Shop Equipment | | $5,000.00 | |
| 2022 Trimble Base SPS986-WFBTR9 P/N106900-90 | xx0008 | $0.00 | |
| 2008 Computer 140 H CB 430 | xx0075 | $0.00 | |
| 2022 Trimble Valve Module VM420 P/N0395-1600 | xx091Z | $0.00 | |
| 2022 Trimble Controller TSC701-50 CCAI194G0020T2 121300-11 | xx0118 | $0.00 | |
| 2022 Trimble Controller TSC701-50 CCAI194G0020T2 121300-11 | xx0121 | $0.00 | |
| Trimble TSC5 Core & Advance Mesaurement Code ID:E0086213 | xx0216 | $0.00 | |
| 2019 Trimble SPS Radio Kit R0058242 | xx0331 | $0.00 | |
| TOPCON TP-LSGV | xx0510 | $0.00 | |
| Trimble MS995 Receiver All Codes CAT ID: E0085926 | xx11SY | $0.00 | |
| Trimble MS995 Receiver All Codes CAT ID: E0085927 | xx49ST | $0.00 | |
| 2019 TSC7 Controller E0059082 | xx0581 | $0.00 | |
| Trimble Kit Add-on Tiltotator Generic Excavator V3.0 ID: E0090067 | xx0763 | $0.00 | |
| Trimble SNR930 Machine Radio ID: E0094347 | xx90SQ | $0.00 | |
| 2021 Trimble GPS System Earthworks TD520 Display EX Codes: E0089322 | xx40XT | $0.00 | |
| Trimble GPS System Earthworks Kit GNSS SPS986 900 MHZ No Codes: E0090067 | xx1477 | $0.00 | |
| DJI Phantom 4 Pro Model WM331A OAXDECD | xx1503 | $0.00 | |
| 2022 Trimble Base SPS855 P/N69855-91 | xx1543 | $0.00 | |

| | | | |
|---|---|---|---|
| Trimble SPS855 SPS985 Base & Rover Kit 900 MHZ W/ZEPHYR All Codes ID: E0090060 | xx1553 | $0.00 | |
| Trimble MS995 Receiver All Codes CAT ID: E0090044 | xx32SY | $0.00 | |
| Trimble MS995 Receiver All Codes CAT ID: E0090045 | xx33SY | $0.00 | |
| Trimble SPS930 Robotic Total Station Kit: 1IN/1IN DR Plus Robotic Total Station Software & Access | xx1638 | $0.00 | |
| TOPCON LS B4 | xx1701 | $0.00 | |
| Trimble Laser LL400 | xx1782 | $0.00 | |
| David White LT8-300LTU | xx1852 | $0.00 | |
| PROSHOT Laser | xx2015 | $0.00 | |
| Trimble CB460 Display GCS900 Software | xx29SW | $0.00 | |
| GTCO Digitizing Mat C00-36R2-259D P/11-00402-01 | xx259D | $0.00 | |
| 2019 Trimble Sensor Kit E0052441 | xx2441 | $0.00 | |
| TRIMBLE (CAT) ST400 SONIC TRACER | xx5001 | $0.00 | |
| HEAD 1 140 H 900 | xx5019 | $0.00 | |
| HEAD 2 140 H 900 | xx5088 | $0.00 | |
| CATERPILLAR SNR921 MACHINE CONTROL RADIO W/ANTENNA | xx5340 | $0.00 | |
| TRIMBLE SPS855-986 BASE & ROVER E0055448 | xx5448 | $0.00 | |
| TRIMBLE RECEIVER GNSS | xx5763 | $0.00 | |
| TRIMBLE MS992 SMART RECEIVER & ACCESSORIES | xx5799 | $0.00 | |
| TRIMBLE MS992 SMART RECEIVER & ACCESSORIES | xx5801 | $0.00 | |
| RADIO 140H SNR 900 | xx7034 | $0.00 | |
| RADIO DOZER SNR 900 | xx7034 | $0.00 | |
| TRIMBLE RADIO SNR930 | xx7106 | $0.00 | |
| TRIMBLE GCS900 MS990 GPS/GNSS RECEIVER | xx7126 | $0.00 | |
| COMPUTER DOZER CB 430 | xx8013 | $0.00 | |
| TRIMBLE CONTROL BOX | xx8105 | $0.00 | |
| TRIMBLE HEAD 1 DOZER MS990 RECEIVER | xx8505 | $0.00 | |
| TRIMBLE HEAD 2 DOZER MS900 RECEIVER | xx8519 | $0.00 | |
| TRIMBLE DG613G GREEN PIPE LASER E0087088 | xx9001 | $0.00 | |
| TRIMBLE CB460 DISPLAY 3D AUTOS ID:E0092502 | xx9045 | $0.00 | |
| TRIMBLE GL412N GRADE LAZER ID: E0100140 | xx9166 | $0.00 | |
| TRIMBLE GL412N GRADE LAZER ID: E0092924 | xx9416 | $0.00 | |
| SONIC TRACKER | | $0.00 | |
| TRIMBLE NAVIGATION LIMITED M#AMGC GPS | | $0.00 | |
| TRIMBLE OPTION KEY GCS900 | | $0.00 | |
| TRIMBLE OPTION KEY MS99X FULL RTK | | $0.00 | |
| TRIMBLE OPTION KEY MS99X GLONASS | | $0.00 | |
| TRIMBLE INSTALL KIT | | $0.00 | |
| TRIMBLE ACCESSORIES | | $0.00 | |
| TRIMBLE MACHINE RECEIVER E0059703 | | $0.00 | |
| HACH 2100Q TURBIDIMETER TESTER W/USB & POWER MODULE | | $0.00 | |
| Value of All Trimble equipment combined | | $50,000.00 | |
| TRIMBLE TOTAL STATION | | $10,000.00 | |
| 2018 TSC7 CONTROLLER E0041633 | xx3409 | $1.00 | |
| Bridgeport Mill W/Tooling & Measuring Tools | | $5,000.00 | |
| **TOTAL:** | | **$1,477,463.00** | |

**Fill in this information to identify the case:**

Debtor name   Northwest Grading, Inc.

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1 | Caterpillar Financial Services Corp | Describe debtor's property that is subject to a lien | $142,503.88 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

P.O. Box 100647
Pasadena, CA 91189-0647

Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7737

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Komatsu Financial | Describe debtor's property that is subject to a lien | $601,613.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

8770 W Bryn Mawr Ave Suite 100
Chicago, IL 60631

Creditor's mailing address

See Attachment to Schedule AB

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
December 2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Northwest Grading, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Merchants National Bonding, Inc | Describe debtor's property that is subject to a lien | $950,000.00 | $2,843,130.64 |
|---|---|---|---|---|

Creditor's Name

Attn: Will Beasley
PO Box 14498
Des Moines, IA 50306-3498

Creditor's mailing address

All tangible & intangible personal property of Debtor

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
September 2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Northland Capital | Describe debtor's property that is subject to a lien | $186,521.79 | $0.00 |
|---|---|---|---|---|

Creditor's Name

333 33rd Ave S St
Saint Cloud, MN 56301

Creditor's mailing address

See Attachment to Schedule AB

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
August 2023

**Last 4 digits of account number**
2002

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Pape Machinery | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

6210 E Rowand Rd
Spokane, WA 99224

Creditor's mailing address

2017 Hitachi ZX670L S/N: xx0013

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
April 2021

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Northwest Grading, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.6 | Parkside Funding Group | | **Describe debtor's property that is subject to a lien** | $2,245,350.00 | $839,924.67 |
|---|---|---|---|---|---|

Creditor's Name

Various Accounts Receivable ; Various Accounts Receivable

80 Maiden Ln Rm 1504
New York, NY 10038-4889

Creditor's mailing address

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
January 2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.7 | Trimble Inc | | **Describe debtor's property that is subject to a lien** | $8,473.84 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

See Attachment to Schedule AB

PO Box 203558
Dallas, TX 75320-3558

Creditor's mailing address

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
April - July 2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | U.S. Small Business Administration | | **Describe debtor's property that is subject to a lien** | $500,000.00 | $3,043,847.67 |
|---|---|---|---|---|---|

Creditor's Name

All tangible & intangible personal property of Debtor.

1545 Hawkins Blvd, Suite 202
El Paso, TX 79925

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Northwest Grading, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
February 2022
**Last 4 digits of account number**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Washington Trust Bank | | Describe debtor's property that is subject to a lien | $3,281,339.89 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | See Attachments to Schedule AB | | |

PO Box 2127
Spokane, WA 99210-2127
Creditor's mailing address

**Describe the lien**
Various Auto/Equipment Loans
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
unts

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | William James Krick | | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | See Attachment | | |

6960   N 4th St
Coeur D Alene, ID 83815
Creditor's mailing address

**Describe the lien**
Lien on work vehicle
**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $7,915,802.40

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Northwest Grading, Inc.                                    Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Northwest Grading, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Idaho State Tax Commission**<br>PO Box 36<br>Boise, ID 83722-0410 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br><br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**AGC - Associated General**<br>4935 E Trent Ave<br>Spokane, WA 99212<br><br>**Date(s) debt was incurred** ___July 2024___<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ___Service Agreement___<br>Is the claim subject to offset? ☒ No    ☐ Yes | $1,875.00 |
|---|---|---|

| Debtor | Northwest Grading, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$73.59**

Arrow Construction Supply LLC
9915 E. Trent Ave
Spokane, WA 99206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** June 2024

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$668,750.00**

Austin Business Finance LLC
dba Backd
4853 Williams, Ste 111, Office G
Georgetown, TX 78633

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 4/1/2024

**Basis for the claim:** 90 days or less: Various Accounts Receivable

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,759.00**

Big Sky Limited of Wyoming
2071 Fir Dr
Rock Springs, WY 82901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** November 2024

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$148.40**

Blue Ribbon Linen Supply Inc
3534 E Trent Ave
Spokane, WA 99202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May - July 2024

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,377.88**

Busy Bee Landfill & Recycling Co
14910 W Craig Rd
Spokane, WA 99224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** November 2024

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,705.48**

City of Spokane
PO Box 35131
Seattle, WA 98124-5131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** June 2024

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,979.19**

Commercial Tire
410 N Francher Road
Spokane, WA 99212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** February - June 2024

**Basis for the claim:** Service Agreement

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,424.54**

Diesel Power Parts & Machine LLC
6680 Hwy 10 W
Missoula, MT 59808-9011

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** June - October 2023

**Basis for the claim:** Sales Contract

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Northwest Grading, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.10**

Nonpriority creditor's name and mailing address
Hi Line Inc
PO Box 972081
Dallas, TX 75397-2081

Date(s) debt was incurred  April 2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$814.96

**3.11**

Nonpriority creditor's name and mailing address
NSP Trucking
41205 Kingston-Lyons Dr SE
Stayton, OR 97383

Date(s) debt was incurred  November 2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$13,960.00

**3.12**

Nonpriority creditor's name and mailing address
Poe Asphalt Paving Inc
PO Box 449
Lewiston, ID 83501

Date(s) debt was incurred  April - June 2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$4,000.00

**3.13**

Nonpriority creditor's name and mailing address
Post Falls Storage Solutions
7778 Corn Maze Wy
Post Falls, ID 83854

Date(s) debt was incurred  May 2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$17,500.00

**3.14**

Nonpriority creditor's name and mailing address
Powerscreen of WA Inc
7915 S 261st St
Kent, WA 98032

Date(s) debt was incurred  June - October 2023

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$52,904.99

**3.15**

Nonpriority creditor's name and mailing address
Washington Green Hydroseeding, Inc
5690 Paso Kahlotus Highway
Pasco, WA 99301

Date(s) debt was incurred  November 2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$6,775.50

**3.16**

Nonpriority creditor's name and mailing address
Western States Equipment Company
500 E Overland Rd
Meridian, ID 83642-6606

Date(s) debt was incurred  8/11/2021 & 12/7/2021

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$103,477.53

**3.17**

Nonpriority creditor's name and mailing address
Wilbert Precast Inc
2215 E Brooklyn Ave
Spokane, WA 99217

Date(s) debt was incurred  February - June 2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

$1,072.30

**Part 3:**   List Others to Be Notified About Unsecured Claims

| Debtor | Northwest Grading, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | CAT<br>PO Box 3805<br>Seattle, WA 98124-3805 | Line _3.16_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Christopher J. Mundt<br>4853 Williams Drive Suite 111<br>Georgetown, TX 78628-7863 | Line _3.3_<br><br>☐ Not listed. Explain ____ | C368 |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 916,598.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 916,598.36 |

**Fill in this information to identify the case:**

Debtor name      Northwest Grading, Inc.

United States Bankruptcy Court for the:      DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
  ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | Lease for Office Space - 7451 N. Corn Maze Way, Hauser, ID 83854 | |
| State the term remaining | 60 Months | AAK, LLC c/o William & Robin Krick 6960 North 4th Street |
| List the contract number of any government contract | | Coeur D Alene, ID 83815-8781 |

**Fill in this information to identify the case:**

Debtor name    Northwest Grading, Inc.

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Materials LLC | 6848 N Government Way, Ste 144-(80) Coeur D Alene, ID 83815 | Parkside Funding Group | ☒ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Robin Krick | 6960 N. 4th Street Coeur D Alene, ID   83815 | Merchants National Bonding, Inc | ☒ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | William James Krick | 6960   N 4th St Coeur D Alene, ID 83815 | Austin Business Finance LLC | ☐ D _____ <br> ☒ E/F ___3.3___ <br> ☐ G _____ |
| 2.4 | William James Krick | 6960   N 4th St Coeur D Alene, ID 83815 | U.S. Small Business Administration | ☒ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | William James Krick | 6960   N 4th St Coeur D Alene, ID 83815 | Merchants National Bonding, Inc | ☒ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.6 | William James Krick | 6960   N 4th St Coeur D Alene, ID 83815 | Parkside Funding Group | ☒ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name ___Northwest Grading, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $6,566,010.01 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $16,310,618.00 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $8,590,572.00 |
| For the fiscal year:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other _____ | $6,529,777.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | Sale of Equipment | $53,940.00 |
| For the fiscal year:<br>From 01/01/2021 to 12/31/2021 | Sale of Abandoned Equipment | $5,000.00 |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Northwest Grading, Inc. | Case number *(if known)* |
|---|---|---|

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:**<br>From 01/01/2021 to 12/31/2021 | Sale of 2020 Ford F-150 | $43,000.00 |

---

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | AAK LLC<br>6960 N 4th St<br>Coeur D Alene, ID 83815 | 9/27/2024 &<br>11/6/2024 | $45,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Rent |
| 3.2. | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | 9/12/2024,<br>9/17/2024,<br>10/12/2024,<br>10/7/2024,<br>10/2/2024,<br>10/22/2024,<br>11/12/2024,<br>11/6/2024,<br>12/2/2024,<br>12/7/2024,<br>12/15/2024 | $25,342.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card Payments |
| 3.3. | Barclays Bank<br>P.O. Bank 60517<br>City of Industry, CA 91716-0517 | 10/10/2024,<br>10/9/2024,<br>9/28/2024,<br>10/21/2024,<br>10/28/2024,<br>11/9/2024,<br>12/2/2024,<br>12/9/2024,<br>12/15/2024 | $40,420.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card Payments |
| 3.4. | Basin Resources<br>2600 Vintage Rd<br>Athol, ID 83801 | 10/25/2024,<br>11/5/2024 | $61,032.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | CAT<br>PO Box 3805<br>Seattle, WA 98124-3805 | 9/20/2024,<br>10/23/2024,<br>11/14/2024 | $19,906.22 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    Northwest Grading, Inc.                                                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6. Cooperative Supply Inc/Cenex<br>P.O. Box 1709<br>Coeur D Alene, ID 83816-1709 | 11/5/2024,<br>11/27/2024,<br>12/5/2024,<br>10/11/2024 | $166,255.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. Eide Bailly LLP CPAs<br>999 W Riverside Ave., Ste. 101<br>Spokane, WA 99201-1005 | 10/2/2024,<br>11/25/2024,<br>12/3/2024 | $11,962.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.8. Frank Gurney Inc<br>P.O. Box 11557 Parkwater Station<br>Spokane, WA 99211 | 11/29/2024 | $10,236.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.9. HMH Engineering<br>3882 N Schreiber Wy Ste 104<br>Coeur D Alene, ID 83815-6079 | 11/25/2024,<br>11/27/2024 | $12,731.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.10. Idaho Insurance Fund<br>P.O. Box 990002<br>Boise, ID 83799-0002 | 9/27/2024,<br>12/9/2024 | $13,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.11. Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-0410 | 9/19/2024,<br>9/24/2024,<br>10/17/2024,<br>10/31/2024,<br>10/31/2024,<br>11/19/2024,<br>12/10/2024,<br>12/18/2024 | $21,467.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Taxes_ |
| 3.12. Lukins & Annis PS<br>717 W Sprauge Ave., Ste 1600<br>Spokane, WA 99201-3923 | 9/17/2024,<br>11/5/2024 | $39,060.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.13. Modern Machinery<br>4428 E Trent Ave<br>Spokane, WA 99212 | 9/16/2024,<br>10/14/2024,<br>11/26/2024,<br>12/2/2024 | $10,127.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.14. Pacific Source Health Plans<br>P.O. Box 35123<br>Seattle, WA 98124-5123 | 10/1/2024,<br>11/5/2024,<br>12/5/2024 | $38,031.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

| Debtor | Northwest Grading, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.15. | Trackman Parts & Services Inc<br>713 N Cook<br>Spokane, WA 99202 | 10/25/2024,<br>11/3/2024 | $11,298.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | Washington Trust Bank<br>PO Box 2127<br>Spokane, WA 99210-2127 | 9/18/2024,<br>10/10/2024,<br>11/14/2024,<br>11/12/2024,<br>12/13/2024 | $51,436.71 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. | U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | 9/24/2024,<br>10/16/2024,<br>11/27/2024 | $7,725.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | Dunn & Black<br>111 North Post Ste 300<br>Spokane, WA 99201-0705 | 10/23/2024,<br>11/5/2024,<br>11/29/2024 | $40,319.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.19. | First Railroad Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062 | 9/20/2024,<br>11/2/2024,<br>12/2/2024 | $10,596.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.20. | Wilson & Company<br>P.O. Box 7954<br>Chicago, IL 60675-4954 | 10/17/2024,<br>10/30/2024 | $32,237.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.21. | North Pump & Electric<br>1176 W. Watercress Ave<br>Post Falls, ID 83854 | 11/29/2024 | $10,589.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.22. | Copper Insurance Companies<br>P.O. Box 33069<br>Phoenix, AZ 85067-3069 | 9/17/2024,<br>10/18/2024,<br>11/26/2024,<br>12/13/2024 | $74,744.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.23. | Delta Air<br>P.O. Box 20706<br>Atlanta, GA 30320-6001 | 10/5/2024,<br>10/9/2024,<br>10/23/2024,<br>10/29/2024,<br>11/2/2024,<br>11/5/2024,<br>11/9/2024,<br>11/16/2024 | $20,999.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    Northwest Grading, Inc.                                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.24. | Schurter Trucking LLC<br>5174 Shannon Trucking LLC<br>Silverton, OR 97381 | 10/21/2024 | $9,332.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.25. | Vermeer Mountain West<br>17019 S Weber Dr<br>Chandler, AZ 85226 | 11/27/2024 | $95,584.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.26. | Army & Air Force Exchange Service<br>3911 S. Walton Walker Boulevard<br>Dallas, TX 75241-1598 | October -<br>December<br>2024 | $10,524.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | Wells Fargo Credit Services<br>P.O. Box 51193<br>Los Angeles, CA 90051-5493 | 9/20/2024,<br>11/2/2024,<br>12/2/2024,<br>12/15/2024 | $22,778.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card<br>Payments___ |
| 3.28. | HD Fowler<br>P.O. Box 84368<br>Seattle, WA 98124-5668 | 10/7/2024 | $950,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | Stripe Rite LLC<br>1813 137th Ace E<br>Sumner, WA 98390 | 10/7/2024,<br>12/2/2024 | $11,118.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.30. | Trafficorp<br>5077 N Building Center Dr<br>Coeur D Alene, ID 83815 | 12/2/2024 | $11,302.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.31. | Wm Winkler<br>P.O. Box 430<br>Newman Lake, WA 99025 | 12/2/2024 | $17,002.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | DP Nicoli<br>P.O. Box 31001-3165<br>Pasadena, CA 91110-3165 | 12/2/2024 | $13,151.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Debtor    Northwest Grading, Inc. _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33. Big Sky Limited of Wyoming<br>2071 Fir Dr<br>Rock Springs, WY 82901 | 12/2/2024 | $8,459.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.34. Materials LLC<br>6848 N Government Way, Ste 144-(80)<br>Coeur D Alene, ID 83815 | 9/13/2024,<br>9/23/2024,<br>9/27/2024 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. Citi Bank Credit Cards<br>P.O. Box 78081<br>Phoenix, AZ 85062-8082 | 9/14/2024,<br>9/21/2024,<br>10/10/2024,<br>10/22/2024,<br>10/21/2024,<br>11/10/2024,<br>11/14/2024,<br>11/20/2024,<br>12/10/2024,<br>12/10/2024 | $12,103.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card Payments |
| 3.36. Chase Bank<br>P.O. Box 6294<br>Carol Stream, IL 60197 | 9/13/2024,<br>10/11/2024,<br>10/12/2024,<br>10/13/2024,<br>10/23/2024,<br>11/13/2024,<br>12/15/2024 | $25,467.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card Payments |
| 3.37. Capitol One<br>P.O. Box 60519<br>City of Industry, CA 91716 | 10/2/2024,<br>10/7/2024,<br>10/10/2024,<br>11/2/2024,<br>11/9/2024,<br>11/10/2024,<br>12/2/2024,<br>12/7/2024,<br>12/10/2024,<br>12/15/2024 | $17,760.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card Payments |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. William James Krick<br>6960  N 4th St<br>Coeur D Alene, ID 83815<br>President/100% Owner | | $7,237.20 | Reimbursements |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Northwest Grading, Inc. | | Case number *(if known)* | |

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Ally Bank<br>PO Box 8125<br>Cockeysville, MD 21030 | 2021 Chevrolet Silverado MD VIN: xx770 | October 2024 | $11,000.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Northwest Grading, Inc v. State of Idaho Transportation Department<br>CV01-24--10518 | Civil | Ada County District Court<br>200 W Front St<br>Boise, ID 83702 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Austin Business Finance, LLC v. Northwest Grading, Inc et al<br>24-2839-C368 | Civil | Williamson County District Court<br>405 Martin Luther King Jr St<br>Georgetown, TX 78626 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Northwest Grading, Inc v. Wholesale Hydraulics, LLC et al<br>CV28-22-6497 | Civil | Kootenai County District Court<br>324 W Garden Ave<br>Coeur D Alene, ID 83814 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4. | Northwest Grading, Inc et al v. Rimrock Construction, LLC et al<br>CV28-24-7596 | Civil | Kootenai County District Court<br>324 W Garden Ave<br>Coeur D Alene, ID 83814 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Northwest Grading, Inc.    Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| 2020 P J DL142 Dump Trailer VIN: xx0364 - Stolen | $11,820.00 | 2023 | $12,000.00 |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Johnson May<br>199 N Capitol Blvd., Ste 200<br>Boise, ID 83702 | | 7/22/2024 | $30,000.00 |
| | **Email or website address**<br>mtc@johnsonmaylaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    Northwest Grading, Inc.                                        Case number *(if known)*  _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Knudtsen Chevrolet 1900 E Polston Ave Post Falls, ID 83854 | 2021 Ford F-150 VIN: xx31972022 Chevrolet Silverado 1500 VIN: xx11792021 GMC Sierra VIN: xx4693 | 9/5/2024 | $9,705.79 |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 7451 N Corn Maze Way Post Falls, ID 83854 | |
| 14.2. | PO Box 1840 Helena, MT 59624 | |
| 14.3. | PO Box 3591 Post Falls, ID 83854 | |
| 14.4. | 6960 N 4th St. Coeur D Alene, ID 83815 | |
| 14.5. | 6960 N 4th St Dalton Gardens , ID 83815 | |
| 14.6. | 6960 N 4th St. Dalton, ID 83815 | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☒ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☒ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☒ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

| Debtor | Northwest Grading, Inc. | Case number *(if known)* | |

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Northwest Grading, Inc. | Case number *(if known)* | |
|--------|------------------------|--------------------------|---|

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|----------------------|-----------------------------------|----------------------------|----------------|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|----------------------|-----------------------------------|----------------------------|----------------|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|----------------------|-------------------------------------|-------------------------------------------------------------------------------|
| 25.1.    D&E Investments, LLC | | **EIN:**    46-5588381<br><br>**From-To** |
| 25.2.    High Country Aviation, LLC | | **EIN:**    C1155177<br><br>**From-To** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|-----------------|----------------------------|
| 26a.1.    Maria "Tina" Laguna<br>7451 N. Corn Maze Way<br>Hauser, ID 83854 | May 2018 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|-----------------|------------------------------------------------------------------|
| 26c.1.    Eide Bailly LLP<br>999 W. Riverside Ave., Ste. 101<br>Spokane, WA 99201-1005 | |
| 26c.2.    William James Krick<br>6960   N 4th St<br>Coeur D Alene, ID 83815 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Northwest Grading, Inc.                                    Case number *(if known)* _____

☒ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William James Krick | 6960  N 4th St<br>Coeur D Alene, ID 83815 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Daniel Krick<br>6960 N 4th Street<br>Coeur D Alene, ID 83815 | $92,305.28 | | Wages |
| | **Relationship to debtor**<br>Son of Owner | | | |
| 30.2. | Robin Krick<br>6960 N 4th St<br>Coeur D Alene, ID 83815 | $33,366.65 | | Wages |
| | **Relationship to debtor**<br>Spouse of President | | | |
| 30.3. | William James Krick<br>6960  N 4th St<br>Coeur D Alene, ID 83815 | $108,333.33 | | Wages |
| | **Relationship to debtor**<br>Owner/President | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Debtor    Northwest Grading, Inc.                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____December 20, 2024_____

/s/  William J. Krick                                    William J. Krick
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### District of Idaho

In re    Northwest Grading, Inc.                                          Case No.
                                    Debtor(s)              Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| William James Krick<br>6960  N 4th St<br>Coeur D Alene, ID 83815 | | 100 | Controlling |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    December 20, 2024                    Signature    /s/  William J. Krick
                                                          William J. Krick


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Idaho

In re    Northwest Grading, Inc. _____    Case No. _____

                                        Debtor(s)    Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    December 20, 2024 _____    /s/  William J. Krick _____

                                        William J. Krick /President
                                        Signer/Title

AAK, LLC
c/o William & Robin Krick
6960 North 4th Street
Coeur D Alene, ID 83815-8781


AGC - Associated General
4935 E Trent Ave
Spokane, WA 99212


Arrow Construction Supply LLC
9915 E. Trent Ave
Spokane, WA 99206


Austin Business Finance LLC
dba Backd
4853 Williams, Ste 111, Office G
Georgetown, TX 78633


Big Sky Limited of Wyoming
2071 Fir Dr
Rock Springs, WY 82901


Blue Ribbon Linen Supply Inc
3534 E Trent Ave
Spokane, WA 99202


Busy Bee Landfill & Recycling Co
14910 W Craig Rd
Spokane, WA 99224


CAT
PO Box 3805
Seattle, WA 98124-3805


Caterpillar Financial Services Corp
P.O. Box 100647
Pasadena, CA 91189-0647


Christopher J. Mundt
4853 Williams Drive Suite 111
Georgetown, TX 78628-7863


Christopher Jonathan Mundt
125 Cipressi Cove
Georgetown, TX 78628


City of Spokane
PO Box 35131
Seattle, WA 98124-5131


Commercial Tire
410 N Francher Road
Spokane, WA 99212

Diesel Power Parts & Machine LLC
6680 Hwy 10 W
Missoula, MT 59808-9011


Hi Line Inc
PO Box 972081
Dallas, TX 75397-2081


Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0410


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Komatsu Financial
8770 W Bryn Mawr Ave Suite 100
Chicago, IL 60631


Materials LLC
6848 N Government Way, Ste 144-(80)
Coeur D Alene, ID 83815


Merchants National Bonding, Inc
Attn: Will Beasley
PO Box 14498
Des Moines, IA 50306-3498


Northland Capital
333 33rd Ave S St
Saint Cloud, MN 56301


NSP Trucking
41205 Kingston-Lyons Dr SE
Stayton, OR 97383


Pape Machinery
6210 E Rowand Rd
Spokane, WA 99224


Parkside Funding Group
80 Maiden Ln Rm 1504
New York, NY 10038-4889


Poe Asphalt Paving Inc
PO Box 449
Lewiston, ID 83501


Post Falls Storage Solutions
7778 Corn Maze Wy
Post Falls, ID 83854

Powerscreen of WA Inc
7915 S 261st St
Kent, WA 98032


Robin Krick
6960 N. 4th Street
Coeur D Alene, ID  83815


Trimble Inc
PO Box 203558
Dallas, TX 75320-3558


U.S. Small Business Administration
1545 Hawkins Blvd, Suite 202
El Paso, TX 79925


Washington Green Hydroseeding, Inc
5690 Paso Kahlotus Highway
Pasco, WA 99301


Washington Trust Bank
PO Box 2127
Spokane, WA 99210-2127


Western States Equipment Company
500 E Overland Rd
Meridian, ID 83642-6606


Wilbert Precast Inc
2215 E Brooklyn Ave
Spokane, WA 99217


William James Krick
6960  N 4th St
Coeur D Alene, ID 83815

# United States Bankruptcy Court
### District of Idaho

In re   Northwest Grading, Inc.

Debtor(s)

Case No. 

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Northwest Grading, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 20, 2024

Date

/s/ Matthew Christensen

Matthew Christensen
Signature of Attorney or Litigant
Counsel for   Northwest Grading, Inc.
Johnson May
199 N. Capitol Blvd.
Suite 200
Boise, ID 83702
(208) 384-8588  Fax:
mtc@johnsonmaylaw.com